**Exhibit A to the Complaint**

**Location:** Newton, MA  
**Total Works Infringed:** 26  
**IP Address:** 108.26.202.77  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: C2FC11FF469BB1A9254A0B8DD2F61D4E15145B3E<br>File Hash: DCA40AE572A8F5FE23960F34150F68BABF0771996FDF31E6C72AFF1E1173B544 | 12-03-2023 13:55:12 | Blacked | 12-02-2023 | 12-11-2023 | PA0002444887 |
| 2 | Info Hash: 743EDE7C0F2B5801AFC36E54099CED32AD3C81D7<br>File Hash: DA8F791AA7BA91591C613C33BFC79816EF2CC655306F786D7A87FC5AA7360F80 | 11-28-2023 13:11:07 | Blacked Raw | 11-27-2023 | 12-12-2023 | PA0002445178 |
| 3 | Info Hash: DC191363CA433B3DF58F8B19F07FF0DE7D41FF21<br>File Hash: 4E975A89DD6BBF9B70EF4001154B330F3CBBC06B33E68EC8684E8A9F32F5F073 | 11-19-2023 17:17:24 | Blacked | 11-18-2023 | 12-11-2023 | PA0002444878 |
| 4 | Info Hash: 2ED1A96F7829431F1D96731B80C610F70E313359<br>File Hash: BE5F0CB48C55C8A8A1D5D30B965F8AACE56664852498817598BB757DB2300205 | 11-13-2023 12:51:41 | Blacked | 11-11-2023 | 12-11-2023 | PA0002444873 |
| 5 | Info Hash: A1BFAB421CA2E0EE25F7CEA89610E0A7B65F9D32<br>File Hash: B27323330EFD380363AA3A5C46E8F239E788ED7C75D8601CB914B5BD21D01F56 | 11-04-2023 13:48:38 | Vixen | 11-03-2023 | 11-14-2023 | PA0002439696 |
| 6 | Info Hash: 41F19F8D4281F2D30E07C3438ECB400367DA6228<br>File Hash: 2CE99637C4E31D2AA20F259CEE7B76803A3FDA8E554393BE4C1601D426271A92 | 10-31-2023 12:00:12 | Blacked Raw | 10-30-2023 | 12-05-2023 | PA0002443584 |
| 7 | Info Hash: 3FF8336C73B3D9D9C150F9294AD54660F2C0F82C<br>File Hash: 4B5608424BB4E4B231EF51BE47B008F90D36BAFAE27F5C299AAE3CAE2F03DFC8 | 10-30-2023 12:04:58 | Blacked | 10-28-2023 | 11-13-2023 | PA0002439611 |
| 8 | Info Hash: F9F375B641E9E26C7668E746B36B7EE9930986F3<br>File Hash: ED44FB9DE89A6945E41B829196A520BC11B17811C5584740595B008CD7C309D6 | 10-22-2023 17:31:09 | Blacked | 10-21-2023 | 11-13-2023 | PA0002439582 |
| 9 | Info Hash: EC700F4AF3B504F5B9A251425194DED8118ED012<br>File Hash: EA795E0C9E3A0949CA60C869B68FBC5AC28A9C7A6CFED4A7EE9D10AE80D730C9 | 10-01-2023 13:11:11 | Blacked | 09-30-2023 | 10-18-2023 | PA0002435266 |
| 10 | Info Hash: 34C9DA8AF8E8C173C22FCFB22236B3684A69F1CF<br>File Hash: 4341DD1B507D8D77B735F312041FD81B93BF477D91748195E90BC54B8C3CDD08 | 09-17-2023 17:03:20 | Blacked | 09-16-2023 | 10-18-2023 | PA0002435289 |
| 11 | Info Hash: 42F002656E50E03388E71948796B2A81E6DBAD15<br>File Hash: 2D2E1B1F75D2D6BFCFC0628A75342776C2012BD03CF26A18EE717BA1474FE601 | 09-04-2023 12:58:36 | Blacked | 06-28-2019 | 08-27-2019 | PA0002213235 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 97BD740D2B65E1A23A3BF7979B2CE2B19FBD8EDF<br>File Hash: EBF6EA74C22F87786D58EF85C52293F3C44E5915E35B09B947C00B02DD17ABA7 | 09-04-2023 12:54:15 | Blacked | 08-18-2017 | 10-10-2017 | PA0002086146 |
| 13 | Info Hash: 4F145967CCD38787636EC6DA9248256439CE65BC<br>File Hash: DEB74769C1E4A8498037D50E26AEFD578C37308F00DC1588B11AF7FAA45BC1F4 | 08-25-2023 14:24:17 | Blacked | 08-19-2023 | 09-18-2023 | PA0002430893 |
| 14 | Info Hash: F7157D4CC36D88116FCE910970867005793B8651<br>File Hash: B75E6CB74048E739CE4704E42814522824E9D5706F635276A00A945459F0500B | 07-26-2023 20:44:26 | Blacked | 07-22-2023 | 08-17-2023 | PA0002425765 |
| 15 | Info Hash: F079D269230D8FC61AFE8E4B75965FD17088D3F3<br>File Hash: 0F0903FFC4AC319A2E31799A78C03C8433FB3CB7FC32B887000803194A7DE328 | 07-22-2023 21:28:39 | Blacked | 08-27-2022 | 10-05-2022 | PA0002373768 |
| 16 | Info Hash: 7A2F0ABEBEF919AD2353F8CE407731AA7DDFDE02<br>File Hash: 0E1D2467180070068A6638C2F5F5EF0E8F389F6D497EDE3EE045A9ACC039B694 | 07-16-2023 12:37:24 | Blacked | 07-15-2023 | 08-17-2023 | PA0002425771 |
| 17 | Info Hash: 4E96DFAD0CA73BBFB80BA372661BC484B88A47F8<br>File Hash: E2BA0B9A3E9836F3B01D1EFEF9D7F33DEFF47F5A6DE4CE16A3E905E49771D1E1 | 07-13-2023 12:36:11 | Blacked Raw | 07-10-2023 | 07-13-2023 | PA0002420345 |
| 18 | Info Hash: D306BA77FFF8FB1950408ABBB8A5B60FCC00B122<br>File Hash: 62F978246DFABCFA5E6D15572F70F8A97ADFD0D485406942557FD8BF6E48BE77 | 07-08-2023 18:31:17 | Blacked Raw | 04-12-2019 | 05-11-2019 | PA0002173884 |
| 19 | Info Hash: B98FBAEB8DE945537BD5D75062A090DAE51305E7<br>File Hash: E31D5C3769BCE87C95F3BA92C4BAAC4BFFA56A575D638BDC5B52EC1265F92566 | 06-29-2023 12:13:11 | Blacked | 06-24-2023 | 07-13-2023 | PA0002420341 |
| 20 | Info Hash: 6ED38D738D7584B6A6DDE3498B50C2883D680458<br>File Hash: 38B1E812773D3E0FCEDFAC6038AF0A4D29A051DBFE54A4E37589413B2E2B4DEC | 04-28-2023 12:29:21 | Blacked Raw | 04-24-2023 | 05-14-2023 | PA0002411259 |
| 21 | Info Hash: A1FC5DF602CAB2505E98947CD4174EE9943C68C2<br>File Hash: B39B3E3ABAD003714E662A48D73C22363B61D9F912BEC7BD468B9D79C16EBF35 | 04-06-2023 12:49:03 | Blacked Raw | 04-04-2023 | 04-07-2023 | PA0002405732 |
| 22 | Info Hash: AD35028FBA3E58D262D727CE869E6D4757C8DF91<br>File Hash: 0D5C4E7A38DFCBCDB5DBF984E8A5D82A8CB9E6F278043C661BDCAFDE1D4D93C1 | 03-23-2023 22:46:35 | Blacked | 03-18-2023 | 04-07-2023 | PA0002405751 |
| 23 | Info Hash: E1DC17F1E6B165394C514C08B55A305613F4AAE6<br>File Hash: FB14B0202BB679BDE513466782E98A1BE16635DF06633F94D5D6390605FA2618 | 03-03-2023 19:41:57 | Blacked Raw | 02-23-2023 | 03-06-2023 | PA0002399998 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 2E0B55853DBE8D43D893BAED034ED6E7203DC238<br>File Hash:<br>268931F60F7756E1251BB366DE5A42628CB27C2412A97C5DF79B3C644DB97B5E | 01-27-2023 17:28:13 | Blacked | 01-21-2023 | 01-27-2023 | PA0002393070 |
| 25 | Info Hash: BAB0E5B328DD935698943D7C572BF63BFBB6C886<br>File Hash:<br>C1DFAA775677D4FC02110E93275C748355482A4288E3F02CF19D14693A48FB43 | 01-17-2023 13:17:41 | Blacked | 01-14-2023 | 01-27-2023 | PA0002393079 |
| 26 | Info Hash: A9529D5E514B171583C00DA79D5DEF1A31EF66AF<br>File Hash:<br>902FB516B52EBA213B6552E0FDF3489BD6A87B6D616732BA153A60FDF7337989 | 12-14-2022 13:04:33 | Blacked | 12-10-2022 | 01-10-2023 | PA0002389588 |